**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>SUBROTO MITRO<br>AND<br>MAITREYEE MITRO<br><br>Debtors | Chapter 13<br><br>Case No. 13-10199-RGM |

**OBJECTION TO CONFIRMATION OF PLAN,**
**NOTICE OF OBJECTION TO CONFIRMATION OF PLAN**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Plan filed February 12, 2013. The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(3) -- Good Faith**.
- Debtors purchased and financed Debtor-wife's new car (2013 Honda Accord) right before bankruptcy -- it had 152 miles on it at time of filing. Monthly payment of $540.00 would otherwise be available to creditors.

- Monthly expenses are also inflated due to costs of adult son, whose income is not scheduled in budget figures.

**Violation of 11 U.S.C. §521(4) -- Failure to provide documents to the Office of the Chapter 13 Trustee**
- Debtors have not provided copies of any tax returns.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

**Notice of Objection To Confirmation**
Subroto Mitro and Maitreyee Mitro, Case # 13-10199-RGM

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must mail a copy to the persons listed below.

***Attend the hearing to be held on March 27, 2013 at 9:30 a.m., in Courtroom II on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

        Thomas P. Gorman
        300 North Washington Street, Ste, 400
        Alexandria, VA 22314

        Clerk of the Court
        United States Bankruptcy Court
        200 South Washington Street
        Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _February 22, 2013_____          __/s/Thomas P. Gorman _____
                                                                                                Thomas P. Gorman
                                                                               Chapter 13 Trustee
                                                                               300 N. Washington Street, #400
                                                                               Alexandria, VA 22314
                                                                               (703) 836-2226
                                                                               VSB 26421

**Notice of Objection To Confirmation**
Subroto Mitro and Maitreyee Mitro, Case # 13-10199-RGM

## CERTIFICATE OF SERVICE

I hereby certify that I have this 22st day of February, 2013, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Subroto Mitro | Tommy Andrews, Jr., Esq. |
| Maitreyee Mitro | Attorney for Debtor |
| Chapter 13 Debtors | 122 N. Alfred St. |
| 13563 Melville Lane | Alexandria, VA 22314 |
| Chantilly, VA 20151 | |

                                                    __/s/ Thomas P. Gorman_____
                                                    Thomas P. Gorman