**B6I (Official Form 6I) (12/07)**

In re **Subroto Mitro**
**Maitreyee Mitro**
Debtor(s)

Case No. **13-10199**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Son - student** | AGE(S): **26** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Environmental Engineer** | **Hearing Officer** |
| Name of Employer | **DFAS** | **Commonwealth of Va** |
| How long employed | **27 years** | **Since 1985** |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **8,084.27** | $ **5,363.84** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **8,084.27** | $ **5,363.84** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ **1,890.16** | $ **1,258.66** |
|    b. Insurance | $ **378.17** | $ **65.00** |
|    c. Union dues | $ **0.00** | $ **0.00** |
|    d. Other (Specify): **FERS/Retirement** | $ **64.68** | $ **268.20** |
|       **TSP/401k/Deferred Comp** | $ **433.33** | $ **80.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **2,766.34** | $ **1,671.86** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **5,317.93** | $ **3,691.98** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **5,317.93** | $ **3,691.98** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **9,009.91** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **There is presently a garnishment on income that is approximately $1,038 per month, notice to dismiss ganishment was sent to Fairfax Co. at the end of Jan. 2013. This schedule reflects income without the garnishment.**

**B6J (Official Form 6J) (12/07)**

In re **Subroto Mitro / Maitreyee Mitro**　　　　　　　　　　　　　　　Case No. **13-10199**
　　　　　　　　　　　　　　　Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

　　Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,744.31 |
| 　a. Are real estate taxes included?　　Yes **X**　　No ___ | |
| 　b. Is property insurance included?　　Yes **X**　　No ___ | |
| 2. Utilities:　a. Electricity and heating fuel | $ 300.00 |
| 　　　　　　b. Water and sewer | $ 40.00 |
| 　　　　　　c. Telephone | $ 25.00 |
| 　　　　　　d. Other **See Detailed Expense Attachment** | $ 332.00 |
| 3. Home maintenance (repairs and upkeep) | $ 100.00 |
| 4. Food | $ 800.00 |
| 5. Clothing | $ 80.00 |
| 6. Laundry and dry cleaning | $ 30.00 |
| 7. Medical and dental expenses | $ 175.00 |
| 8. Transportation (not including car payments) | $ 475.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| 10. Charitable contributions | $ 20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| 　　　　　　a. Homeowner's or renter's | $ 0.00 |
| 　　　　　　b. Life | $ 0.00 |
| 　　　　　　c. Health | $ 0.00 |
| 　　　　　　d. Auto | $ 440.00 |
| 　　　　　　e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| 　　　(Specify) **Property taxes (est)** | $ 90.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| 　　　　　　a. Auto | $ 540.00 |
| 　　　　　　b. Other **See Detailed Expense Attachment** | $ 2,034.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other | $ 0.00 |
| 　　Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 7,275.31 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a.　Average monthly income from Line 15 of Schedule I | $ 9,009.91 |
| b.　Average monthly expenses from Line 18 above | $ 7,275.31 |
| c.　Monthly net income (a. minus b.) | $ 1,734.60 |

**B6J (Official Form 6J) (12/07)**

In re **Subroto Mitro / Maitreyee Mitro**  Case No. **13-10199**

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
**Detailed Expense Attachment**

**Other Utility Expenditures:**

| | |
|---|---:|
| Internet | $ 66.00 |
| Satellite | $ 200.00 |
| Garbage | $ 66.00 |
| **Total Other Utility Expenditures** | $ **332.00** |

**Other Installment Payments:**

| | |
|---|---:|
| Second Mortgage | $ 1,142.00 |
| Homeowner's association | $ 32.00 |
| Third Mortgage | $ 546.00 |
| Fourth Mortgage | $ 314.00 |
| **Total Other Installment Payments** | $ **2,034.00** |

```
ChexSystems
Attn: Consumer Relations
7805 Hudson Rd., Suite 100
Saint Paul, MN 55125


Equifax Check Services
PO Box 30272
Tampa, FL 33630-3272


Telecheck Services, Inc.
5251 Westheimer
Houston, TX 77056


TransUnion
P.O. Box 2000
Chester, PA 19022


Experian
475 Anton Blvd
Costa Mesa, CA 92626


Internal Revenue Service - VA
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Virginia Department of Taxation
P.O. Box 2156
Richmond, VA 23218-2156


Virginia Department of Taxatio
c/o TACS
P.O. Box 1270
Midlothian, VA 23113


Early Warning Services
16552 N 90th St.
Scottsdale, AZ 85255


AMCB
PO Box 37019
Baltimore, MD 21297
```

American Anesthesiology of Va
PO Box 535386
Atlanta, GA 30353-5386

American Express
American Express
Po Box 981540
El Paso, TX 79998

Andrew & Lerner Esq
948 Clopper Rd, 2nd FLr
Gaithersburg, MD 20878

Bank Of America
Po Box 982235
El Paso, TX 79998

Busman & Busman
PO Box 7514
Fairfax Station, VA 22039

Chase
Po Box 15298
Wilmington, DE 19850

Chase Mht Bk
Attention: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Client Services Inc
3451 Harry S Truman Blvd
Saint Charles, MO 63301

Cohen Dermatopathology
PO Box 414913
Boston, MA 02241-4913

CVTSA
2921 Telestar Ct
Falls Church, VA 22042

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

```
INOVA Health System
2990 Telestar Court
Falls Church, VA 22042-1207


Michael Greene MD
3700 Joseph Siewick Dr Ste 203
Fairfax, VA 22033-1738


Nationwide Credit Corp
5503 Cherokee Ave
Alexandria, VA 22312


Navy Fcu
Attention:  Bankruptcy
Po Box 3000
Merrifield, VA 22119


Navy FCU
c/o Kevin Fitzpatrick
4118 Leonard Dr, Ste 200
Fairfax, VA 22030


Navy Federal
Attention: Bankruptcy
Po Box 3000
Merryfield, VA 22119


Northern VA Ent Assoc Reston
1860 Town Center Dr Ste 225
Reston, VA 20190-3238


Northstar Location Servi LLC
4285 Genesee St
Buffalo, NY 14225


Pentagon FCU
Automobile Loans
PO Box 1432
Alexandria, VA 22313-2032


Pentagon Federal Cr Un
Po Box 1400
Alexandria, VA 22313
```

Pentagon Federal Cr Un
Attention: Bankruptcy Department
2930 Eisenhower Ave
Alexandra, VA 22314


Professnl Acct Mgmt In
Pam Po Box 391
Milwaukee, WI 53201


Quest Diagnostics Inc
PO Box 71301
Philadelphia, PA 19176-1303


Sequoia Management Company Inc
13998 Parkeast Circle
Chantilly, VA 20151-2283


State of Virginia
Dept of Taxation Legal Unit
P.O. Box 2156
Richmond, VA 23218


Sumotro Mitro
2971 Borge St
Oakton, VA 22124


United Recovery System
POB 722929
Houston, TX 77272


Virginia Cardiovascular Care
14904 Jefferson Davis Hwy #406
Woodbridge, VA 22191


Zwicker & Associates, P.C.
948 Clopper Rd 2nd Flr
Gaithersburg, MD 20878