UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

    S<small>UBROTO</small> M<small>ITRO</small>　　　　　　　　　　　Chapter 13
    AND
    M<small>AITREYEE</small> M<small>ITRO</small>　　　　　　　　　　Case No.  13-10199-RGM
               Debtors

### ORDER CONFIRMING MODIFIED PLAN

      The Chapter 13 Modified Plan filed by Subroto Mitro and Maitreyee Mitro on June 21, 2013, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. Section 1325(a);

**It is ORDERED that:**
    (1)    the Plan as filed or modified is CONFIRMED.
    (2)    Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.
    (3)    All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee.  All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

**Order Confirming Modified Plan**
Subroto Mitro and Maitreyee Mitro
**Case #13-10199-RGM**

   (4) On February 13, 2013, and each month thereafter until further order of this Court, the Debtors shall pay to the Trustee, Thomas P. Gorman at P.O. Box 1553, Memphis, TN 38101-1553 the sum of $156.50 per month for 6 months, and then $300.00 per month for 3 months, and then $1788.00 for the remaining 51 months of the Plan.  Payments under said Plan to be completed within 60 months from the due date of the first payment in this case.

   (5) The Debtor shall file all federal and state income tax returns on or before the due date, without extension, and provide the Trustee with signed copies of the returns within 7 days after they are filed and provide the Trustee such additional information as the Trustee may require for determination of the Debtor's disposable income.  Failure to timely comply with this provision shall be grounds for dismissal.

   (6) Any lien avoidance actions(s) contemplated by Section 7(B) of the Plan must be made by the filing of an Adversary Proceeding no later than sixty(60) days from the date of the entry of this Order.

Dated: _____         _____
                        Robert G. Mayer
                        United States Bankruptcy Judge

Confirmation Recommended.

_/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter 13 Trustee

**Order Confirming Modified Plan**
Subroto Mitro and Maitreyee Mitro
**Case #13-10199-RGM**

**PARTIES TO RECEIVE COPIES**

Subroto Mitro
Maitreyee Mitro
Chapter 13 Debtors
13563 Melville Lane
Chantilly, VA  20151


Tommy Andrews, Jr., Esq.
Attorney for Debtor
122 N. Alfred St.
Alexandria, VA  22314


Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314